# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D22-1475
LT Case No. 2019-CF-000375-A

_____

STEVEN SANCHEZ,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Marion County.
Lisa D. Herndon, Judge.

Matthew J. Metz, Public Defender, Daytona Beach, and Ali L. Hansen, Assistant Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Stephen R. Putnam, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


September 8, 2023


PER CURIAM.

In this *Anders*[1] appeal, we have carefully reviewed Appellant's brief and the record on appeal. Finding no errors on the face of the record as to Appellant's adjudication of guilt and the sentences ultimately imposed, we affirm. However, we do remand for entry of a further amended judgment and sentence to correct the November 28, 2022 judgment and sentence by specifically stating that the Amended Judgment and Sentence, and all other written sentencing orders entered on November 28, 2022, in this case, reflect their imposition as "*nunc pro tunc* to May 18, 2022, when Steven Sanchez began serving his sentence." This remand is to ensure that Appellant receives proper credit for all time served in prison and in jail from May 18, 2022, when he began serving his sentence through November 28, 2022, when he was resentenced. Although the trial court has noted its intention to correct the failure to note that the judgment was to be "*nunc pro tunc*," that error has not yet been corrected. Appellant need not be present for such correction. *See Rivera v. State*, 638 So. 2d 148, 149 (Fla. 4th DCA 1994).

AFFIRMED; REMANDED WITH INSTRUCTIONS.

EDWARDS, C.J., WALLIS, and PRATT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

[1] *Anders v. California*, 386 U.S. 738 (1967).